GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN, AUSA
Chief, Civil Division
GARY PLESSMAN, AUSA
Chief, Civil Fraud Section
SUSAN R. HERSHMAN, AUSA
Deputy Chief, Civil Fraud Section
LINDA A. KONTOS, AUSA
E-mail: Linda.Kontos@usdoj.gov
California State Bar No. 185016
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Ph:(213)894-3986; Fax:(213)894-2380

Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT
FEB - 3 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF CALIFORNIA *ex rel.* JOHN BRYAN FLETCHER,<br><br>    Plaintiffs,<br><br>    v.<br><br>CATHOLIC HEALTHCARE WEST, *et al.*<br><br>    Defendants. | NO. CV08-04495 RGK (CTx)<br><br>**NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION**<br><br>[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

On January 20, 2010, the Court denied the United States' request for a further extension of the intervention deadline and the seal period. The United States' investigation has not been completed and, therefore, the United States is not able to decide whether to proceed with the above-captioned action ("this action"). Accordingly, the United States hereby notifies the Court that it is declining to intervene in this action at this time.

Although the United States is declining at this time, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain this action in the name of the United States. The "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. The United States also has the right to a hearing on any of its objections to a settlement or dismissal of this action. U.S. ex rel. Green v. Northrop Corp., 59 F.3d 953, 959 (9th Cir. 1995); U.S. ex rel. Killingsworth v. Northrop Corp., 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States requests that, should either the relator or any defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

In addition, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings, notices, motions, orders or other papers filed or lodged in this action, including supporting memoranda and any notice of appeal, be served upon the United States through the undersigned attorneys. The United States

reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date.

Finally, the United States requests that of the pleadings and papers filed or lodged with the Court to date in this action, only the following documents be unsealed: this Notice; the accompanying proposed Order; and a redacted version of the relator's Second Amended Complaint (redacting certain information from paragraphs 101 through 104 only), attached to the accompanying proposed Order. As originally filed, the Second Amended Complaint had already removed certain patient identifying information from paragraphs 101 through 104. However, in an abundance of caution and in an attempt to protect patient privacy to the greatest extent feasible, the United States requests that additional patient identifying information be removed from paragraphs 101 through 104 of the Second Amended Complaint.[1]

The United States requests that all other papers filed by the United States in this action remain under seal because the content and extent of the United States' investigation are discussed in such papers and are provided by law to the Court alone for the sole purpose of evaluating whether the seal and

//
//

---

[1] Although the United States believes that the Second Amended Complaint, as originally filed, contains certain patient identifying information that should be removed, the United States makes no determination as to whether any patient privacy laws have been violated. The United States also does not believe that either the original Complaint or the First Amended Complaint contains the patient identifying information included in the Second Amended Complaint.

1  time for making an election to intervene should be extended.

2      A proposed order is lodged concurrently with this notice.

3  DATED: February 1, 2010    Respectfully submitted,

GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN, AUSA
Chief, Civil Division
GARY PLESSMAN, AUSA
Chief, Civil Fraud Section
SUSAN R. HERSHMAN, AUSA
Deputy Chief, Civil Fraud Section

By: /s/ Linda A. Kontos
LINDA A. KONTOS
Assistant United States Attorney
Attorneys for the
United States of America

4

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On February 1, 2010, I served **Notice of Election by the United States to Decline Intervention** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: February 1, 2010. Place of mailing: Los Angeles, California.

Person(s) and/or Entity(s) to Whom mailed:

*SEE ATTACHED SERVICE LIST*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: February 1, 2010 at Los Angeles, California.

ZENAIDA A. ROSACIA

SERVICE LIST

U.S.A. ex rel. FLETCHER v. CHW; GLENDALE MEMORIAL, et al.
CV 08-04495 RGK (Ctx)

Michael A. Hirst
Hirst & Chanler LLP
455 Capitol Mall
Suite 605
Sacramento, CA 95814


Thomas Temmerman
Bureau of Medical Fraud and
    Elder Abuse
1425 River Park Drive
Suite 300
Sacramento, CA 95815